# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

LARRY CARTER,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CV 215-149

## ORDER

Before this Court is the Magistrate Judge's Report and Recommendation ("R & R") (Dkt. No. 12) denying Petitioner Larry Carter's Motion to Vacate (Dkt. No. 1). After a complete and de novo review of the entire record and there being no objections, the R & R is **ADOPTED** as the opinion of this Court. Accordingly, Petitioner's Motion to Vacate (Dkt. No. 1) is **DENIED** and this matter will be **DISMISSED**.

**SO ORDERED**, this 6th day of March, 2017.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA