# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

UNITED STATES OF AMERICA,

    v.

LARRY JAMES CARTER,

    Defendant.

CR 2:14-014

FILED
John E. Triplett, Acting Clerk
United States District Court
By CAshell at 10:48 am, Apr 28, 2020

**ORDER**

Before the Court is Defendant Larry Carter's "motion for request of informations," wherein he requests a free copy of his plea agreement, sentencing transcript, and docket sheet. Dkt. No. 398. On October 1, 2014, Carter pleaded guilty to Count 1, conspiracy to possess with intent to distribute, and to distribute, quantities of cocaine and cocaine base, both Schedule II controlled substances, and 1,3-Methylenedioxy-N-Methylcathinone ("Molly"), a Schedule I controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846. On June 24, 2015, Carter was sentenced to 235 months' imprisonment, to be served consecutively to the revoked term of federal supervised release in another case (2:04cr002), followed by three years' supervised release.

Now, nearly five years after he was sentenced, Carter requests a free copy of his plea agreement and sentencing transcript. See Dkt. No. 398. After careful consideration, Carter's motion is

denied.  Although there are certain situations in which a defendant proceeding *in forma pauperis* is entitled to transcripts free of charge, this is not one of those situations.  Based on this Court's records, Carter does not have a pending petition for writ of habeas corpus, nor does he have a pending appeal.  For these reasons, Carter's motion is **DENIED**.  Notwithstanding the above, the Clerk is **DIRECTED** to mail Carter a copy of his docket sheet.

**SO ORDERED,** this 28th of April, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA