# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CR 2:14-014 |
| LARRY JAMES CARTER, | |
| Defendant. | |

### ORDER

Before the Court is Defendant Larry Carter's motion for reconsideration and/or clarification of the Court's Order denying his motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2). Dkt. No. 421. The motion is **DENIED** to the extent Defendant requests reconsideration and **GRANTED** to the extent he requests clarification.

The Court denied Defendant's motion for a sentence reduction pursuant to § 3582(c)(2) because retroactive application of Amendment 821 to the U.S. Sentencing Guidelines does not reduce Defendant's sentence. First, Defendant is ineligible for an offense-level adjustment pursuant to U.S.S.G. § 4C1.1 because he was assigned criminal history points and he received an adjustment under § 3B1.1 (aggravating role). See § 4C1.1(a)(1), (10). Additionally, although application of Amendment 821 results in a reduction to Defendant's total criminal history *score*, it does not

lower his criminal history *category*, his total offense level, or his applicable guideline range, given his classification as a career offender. See § 1B1.10(a)(2)(B).

**SO ORDERED**, this  13  of May, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA